**Order entered February 22, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01250-CV

### MICHAEL HACKBARTH, Appellant

### V.

### UNIVERSITY OF TEXAS AT DALLAS, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-06745**

## ORDER

Before the Court is appellant's February 20, 2017 unopposed motion to extend time to file reply brief. Appellant's motion is **GRANTED**. Appellant's reply brief shall be filed by March 14, 2017.

/s/    ELIZABETH LANG-MIERS
        JUSTICE